**Slip Op. 02-8**

UNITED STATES COURT OF INTERNATIONAL TRADE

**JUDGE JANE A. RESTANI**

| | | |
|---|---|---|
| _____ | : | |
| ARBON STEEL & SERVICE CO., INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Court No. 98-10-02987 |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**<u>JUDGMENT</u>**

It is HEREBY ORDERED that final judgment is entered as follows:

Pursuant to USCIT Rule 54(b), as there is no just reason for delay, final judgment in this consolidated matter is entered as to plaintiff Arbon Steel & Service Co., Inc. ("Arbon"). The Court possesses jurisdiction over Arbon's claims pursuant to 28 U.S.C. § 1581(i). Judgment is entered in favor of Arbon in the amount of $24,357.56. Pursuant to the Court's opinion in this case dated November 11, 2001, Slip Op. 01-144, incorporated herein, plaintiff is not entitled to interest.

_____
Jane A. Restani
JUDGE

Dated:  New York, New York

This 24th day of January, 2002.